IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RAFAEL MÁRCIO MELILLO BASTOS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-16373

Judge Mary M. Rowland

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 33 | Oreayn |
| 84 | Buerhomie |
| 132 | BSJ Co.,Ltd |
| 131 | LZBRDY |
| 140 | Sinoyp |
| 168 | DoDo Children Clothes |
| 9 | erosebridal |
| 112 | zhangaochengUS |
| 121 | KJYF |
| 35 | TRAN VAN HUUhh |
| 5 | NKREB |
| 8 | DEWCS |
| 38 | TAFLENV |
| 39 | YinXXX |
| 59 | THBLNR |
| 71 | YBFSF |
| 163 | YUANHE AUTO PARTS |
| 73 | putianshilichengquhuangshijinzhusiliaojiagongchang |
| 167 | Medium and small decorative |
| 156 | Eease |

| | |
|---|---|
| 135 | F_Gotal |
| 149 | FNNMNNR Co. Ltd |
| 101 | LanBeiHong |
| 159 | Cool DIY Patches |
| 27 | panpanstore |
| 14 | HUANG HAN |
| 116 | Aidelan |
| 68 | ShoPen |
| 18 | HLZHLZ |
| 26 | Armanity |
| 147 | CQDY |

DATED: February 2, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt